UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| CURTIS STRANGE,<br><br>             Plaintiff,<br><br>  vs.<br><br>KELCH ENTERPRISES,<br><br>             Defendant. | NO.  CV-09-236-JPH<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION AND DENYING MOTIONS TO WAIVE COLLECTION OF FILING FEE |

    Magistrate Judge Hutton filed a Report and Recommendation on November 10, 2009, recommending Mr. Strange's untimely Motion to Waive Collection of Filing Fee (Ct. Rec. 12) be denied.  Rather than file objections, Mr. Strange submitted another "Motion to Voluntarily Waive Filing Fee" (Ct. Rec. 14) on November 17, 2009.  In that motion, Plaintiff admits he lied about prior lawsuits; he requests the assistance of counsel to help him get the filing fee dismissed; he promises to file no other lawsuits if the filing fee is waived; and he asks the Court to consider that he has mental health issues.

    After consideration of Plaintiff's assertions and for the reasons set forth by the Magistrate Judge, **IT IS ORDERED** the Report and

ORDER ADOPTING REPORT AND RECOMMENDATION AND DENYING MOTIONS TO WAIVE COLLECTION OF FILING FEE -- 1

Recommendation is **ADOPTED in its entirety** and the Motions to waive collection of the filing fee **(Ct. Recs. 12 & 14)** are **DENIED.**

**IT IS SO ORDERED.** The District Court Executive is directed to enter this Order, forward a copy to Petitioner and close the file.

**DATED** this ____30th____ day of November 2009.


         S/ Edward F. Shea
         EDWARD F. SHEA
        UNITED STATES DISTRICT JUDGE

Q:\Civil\2009\9cv236jph-11-30-adpdenmtn.wpd

ORDER ADOPTING REPORT AND RECOMMENDATION AND DENYING MOTIONS TO WAIVE COLLECTION OF FILING FEE -- 2